# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   1. *Intake Clerk* *

       2. *Case Administrator*

**FROM:** *Financial Administrator*

**UC**

**DATE:** 2.4.2011

**CASE NAME:** Flores

**CASE NUMBER:** 06.23048

Check Number 726289 in the amount of $ 469.85 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 02003     Intake Clerk's Initials _MS_ _LK_

---

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

02/02/2011

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: LUIS E. FLORES

Case No: 0623048

Dear Mr. Horner:

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s).  The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Luis E. Flores
C/O Michael S. Geisler Esq
410 Jonnet Bldg
Monroeville,PA 15146

CHECK NUMBER 726289    AMOUNT $469.85

The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate debtor(s)

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:MICHAEL S GEISLER ESQ*
LUIS E. FLORES